## IN THE UNITED STATES DISTRICT COURT

CHRISTA ST. CLAIR,

    Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

CIVIL ACTION

No. 15-0538

## ORDER

YOHN, J.

    **AND NOW**, this 5th day of May, 2015, upon consideration of State Farm Fire and Casualty Company's motion to dismiss (Doc. No. 3), and Christa St. Clair's response thereto, **IT IS HEREBY ORDERED** that:

1. St. Clair's demands for attorney fees in Counts I and IV are dismissed;
2. St. Clair's demand for punitive damages in Count IV is dismissed;
3. St. Clair's demands for compensatory and consequential damages in Count III are dismissed;
4. Count II is dismissed with prejudice; and
5. State Farm's motion to dismiss Count III is denied.

                                                                                        s/William H. Yohn Jr.  
                                                                                       William H. Yohn Jr., Judge